# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGOBERTO RODRIGUEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>             Defendant. | 1:10-cv-00360 GSA<br><br>**ORDER TO SHOW CAUSE** |

On February 25, 2010, Plaintiff Dagoberto Rodriguez filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of an application for benefits. (Doc. 1.) On March 1, 2010, the Court issued a Scheduling Order.[1] (Doc. 6). On October 21, 2010, Plaintiff's counsel, Marc V. Kalagian, moved to withdraw as Plaintiff's attorney of record. (Doc. 12.) On December 3, 2010, Plaintiff[2] and Mr. Kalagian, as well as counsel for the Commissioner, Daniel Talbert, appeared for the hearing on the motion to withdraw. On that same date, after considering

---

[1] Originally, pursuant to this Order, Plaintiff's opening brief was due on or before October 25, 2010, following lodging of the administrative record by the Commissioner.

[2] Plaintiff was accompanied by his wife for purposes of Spanish language interpretive assistance.

1

the arguments and statements of both Plaintiff and Mr. Kalagian, the Court issued its Order Granting Counsel's Motion to Withdraw as Attorney of Record, and Order Extending Deadlines. (Doc. 17.) The Order specifically provided, in pertinent part: "Plaintiff's opening brief shall be submitted to Defendant on or before March 3, 2011." (Doc. 17 at 3:17-18.)  Further, Plaintiff was expressly warned that he was responsible for complying with all Court rules and that a failure "to comply with an Order of this Court . . . could result in a complete dismissal of the action." (Doc. 17 at 3:21-22.)

Thereafter, at a status conference held February 1, 2011, Plaintiff informed the Court that he had been unable to hire another attorney to represent him in these proceedings. Therefore, the Court modified the briefing schedule to allow Plaintiff through and including April 1, 2011, within which to file his opening brief. Again, Plaintiff was expressly warned that a failure to file his opening brief "will result in dismissal of this action." (*See* Doc. 18 [minutes 2/1/11]).

Nevertheless, as of this date, Plaintiff has failed to file his opening brief. Accordingly, Plaintiff is ORDERED to show cause why this Court should not dismiss this action in its entirety. Plaintiff SHALL PERSONALLY APPEAR on **Tuesday, April 26, 2011, at 10:30 a.m. in Courtroom 10**. **Failure to attend the hearing on this Order to Show Cause will result in the dismissal of this action**.

IT IS SO ORDERED.

Dated:   **April 5, 2011**           /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE